# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**KINGRALE COLLINS**                                               **PETITIONER**
**ADC #102818**

v.                                       **No. 2:25-cv-196-DPM**

**STATE OF ARKANSAS**                                          **RESPONDENT**

## ORDER

The Court withdraws the reference.  Collins seeks relief under an Arkansas state statute, alleging that his sentence of life without parole violates the Arkansas Constitution.  He has filed many federal *habeas* petitions in other cases.

No matter how it reads Collins's petition—as one seeking relief under state law, or as a federal *habeas* petition—this Court lacks jurisdiction.  Collins must get permission from the United States Court of Appeals for the Eighth Circuit before this Court can proceed. 28 U.S.C. § 2244(b)(3)(A).  No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).  Motion, *Doc. 4*, denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_9 March 2026_