# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**KINGRALE COLLINS**                                      **PETITIONER**
**ADC #102818**

v.                              **No. 2:25-cv-196-DPM**

**STATE OF ARKANSAS**                                    **RESPONDENT**

## JUDGMENT

Collins's petition, *Doc. 1*, is dismissed without prejudice for lack of jurisdiction.

_____
D.P. Marshall Jr.
United States District Judge

9 March 2026